STEVEN W. MYHRE
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| VALERIE COMAROVA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:17-cv-02611-GMN-VPC<br><br>STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT |

The parties stipulate, subject to the approval of the Court, that Defendant shall be granted a thirty-day extension from the current December 18, 2017 deadline to file an answer to Plaintiff's complaint. This is Defendant's first request for an extension. There is good cause for this extension because Defendant is in the process of compiling the certified administrative record to file with the answer. Therefore, the parties jointly request an extension up to and including January 17, 2018.

//

//

Respectfully submitted December 14, 2017.

DATED: December 14, 2017  *s/ Cyrus Safa*
CYRUS SAFA
(as authorized via electronic mail)
Attorney for Plaintiff

STEVEN W. MYHRE
Acting United States Attorney

DATED: December 14, 2017  By  *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to stipulation, it is so ordered.

DATE: 12-14-2017  _____
Cam Ferenbach
United States Magistrate Judge