1  Cyrus Safa
   Attorney at Law: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail cyrus.safa@rohlfinglaw.com
5
   Gerald M. Welt
6  Attorney at Law: 1575
   732 S. Sixth Street, Suite 200-D
7  Las Vegas, NV 89101
   Tel.: (702) 382-2030
8  Fax: (702) 684-5157
   E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com
9  VALERIE COMAROVA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE COMAROVA | Case No.: 2:17-cv-02611-GMN-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME |
| v. | TO FILE PLAINTIFF'S MOTION |
| | FOR REVERSAL AND/OR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Valerie Comarova and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 7 days from February 16, 2018 to February 23, 2018 for Plaintiff to file a motion for reversal and/or remand, with all other dates in the Court's Order Concerning Review Of Social Security

-1-

Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 16, 2018	Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Valerie Comarova

DATE:  February 16, 2018

DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel

/s/ *Daniel P. Talbert*

BY: _____
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED:   2-26-2018

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:17-CV-02611-GMN-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 20, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff