# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VALERIE COMAROVA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:17-cv-02611-GMN-VCF |
| vs. | ) | |
| | ) | **ORDER** |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge Cam Ferenbach, (ECF No. 22), regarding Plaintiff Valerie Comarova's ("Plaintiff's") Motion for Reversal or to Remand to Social Security Administration, (ECF No. 19), and Defendant Nancy A. Berryhill's ("Defendant's") Cross-Motion to Affirm and Opposition to Plaintiff's Motion to Remand, (ECF No. 21).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

1   Here, no objections were filed, and the deadline to do so has passed.

2   Accordingly,

3   **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 22), is

4   **ACCEPTED and ADOPTED in full**.

5   **IT IS FURTHER ORDERED** that Plaintiff's Motion for Reversal or to Remand to

6   Social Security Administration, (ECF No. 19), is **DENIED**.

7   **IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm and

8   Opposition to Plaintiff's Motion to Remand, (ECF No. 21), is **GRANTED**.

9   **DATED** this __15__ day of November, 2018.

10

11   _____

12   Gloria M. Navarro, Chief Judge
     United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25